UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIONEL R. SMITH, Ph.D.,<br>Plaintiff,<br>- against -<br>VERA INSTITUTE OF JUSTICE, INC.,<br>Defendant. | Case No. 21 Civ. 6430 (DG)(LKE) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties and/or their counsel(s) that the above-captioned action shall be voluntarily dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DAVIS WRIGHT TREMAINE LLP

By: ______________________
Roy P. Salins
Amanda M. Gómez
1251 Avenue of the Americas, 21st Floor
New York, New York 10020
(212) 489-8230
Attorneys for Defendant

Dated: April __, 2025

LIONEL R. SMITH, Ph.D.

By: ______________________
Lionel R. Smith, Ph.D.
211 East Lombard Street, Unit 185
Baltimore, Maryland 21202
(443) 347-2347
*Pro se* Plaintiff

Dated: April 28, 2025

SO ORDERED:

______________________
Honorable Lara K. Eshkenazi
United States Magistrate Judge